UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION
at CLEVELAND

| | |
|---|---|
| THOMAS FOX AND CHARLENE FOX, individually and on behalf of all other Ohio residents similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I. <br><br><br><br><br><br><br> Defendant. | Case No.: 1:20-cv-604 <br><br> Approved. <br> It is SO ORDERED. <br> s/Dan Aaron Polster <br> United States District Judge <br> March 30, 2020 |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Thomas Fox and Charlene Fox, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, by and through their counsel, hereby voluntarily dismiss all claims asserted in this action.

Respectfully submitted,

*/s/ Stephen G. Whetstone*
STEPHEN G. WHETSTONE (0088666)
Email: steve@whetstonelegal.com
**Whetstone Legal, LLC**
P.O. Box 6, 2 N. Main Street, Unit 2
Thornville, Ohio 43076
Telephone: 740.974.7730
Facsimile:  614.829.3070

and